| | | | |
|---|---|---|---|
| Case No. | CV 17-7342 FMO (AFMx) | Date | January 5, 2018 |
| Title | Brett Grimmelbein v. Facetasm, et al. | | |

Present: The Honorable **Fernando M. Olguin, United States District Judge**

| Vanessa Figueroa | None Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:** (In Chambers) Order to Show Cause Re: Dismissal Re: Lack of Prosecution

Having reviewed plaintiff's Response to the Court's Order to Show Cause (Dkt. 18, "Response"), IT IS ORDERED THAT:

1. No later than **February 16, 2018**, plaintiff shall file a proof of service of summons and complaint on defendant Facetasm. Failure to file a proof of service with respect to Facetasm shall result in the dismissal of Facetasm from the action for failure to effect service, failure to prosecute and failure to comply with a court order. See Fed. R. Civ. P. 4; Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962).

2. The order to show cause is continued pending compliance with paragraph one.

| | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | vdr | |