Ted Luymes (Cal. Bar no. 150351)
TED LUYMES LAW FIRM
140 South Lake Ave., Suite 349
Pasadena, California 91101
Tel: (626) 993-7000
ted@tedlawfirm.com

Attorney for BARNEY's INC and
*Specially Appearing* Defendant,
FACETASM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRETT GRIMMELBEIN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FACETASM, a Japanese corporation; BARNEYS, INC. a New York corporation, and DOES 1-10, inclusive.<br><br>Defendants. | Case No. 2:17-cv-07342-FMO-AFMx<br><br>**DECLARATION OF HIROMICHI OCHIAI**<br><br>**[Filed with Motion to Dismiss Facetasm for Lack of Personal Jurisdiction FRCP 12(b)(2)]**<br><br>Date: April 19, 2018<br>Time: 10:00 am<br>Courtroom: 6D |

I, HIROMICHI OCHIAI, declare and state:

1. I am the CEO of Facetasm, a Japanese corporation that has been named as a defendant in this action. I have held this position continuously since 2007. I have personal familiarity with the company's history, personnel, marketing, and

-1-
DECLARATION OF HIROMICHI OCHIAI

sales. I am also the principal fashion designer at Facetasm and I have personal knowledge of the events that gave rise to this lawsuit (the so-called "Maryland Eagle" design). I make this declaration in support of Facetasm's motion to dismiss for lack of personal jurisdiction. Unless stated otherwise, I have personal knowledge of the matters stated herein and, if called as a witness, I could and would competently testify thereto.

2. Facetasm is a corporation created by and existing under the laws of Japan. Its headquarters has always been located in Tokyo. All of Facetasm's shareholders, officers, and employees are Japanese citizens and reside in Japan. Facetasm is not a subsidiary of, or related to, any U.S. entity.

3. Facetasm has never maintained offices, stores, or had employees within the U.S. Facetasm has never had or applied for any business licenses in the U.S. It has never had an agent for service of process in the U.S. It has never owned or leased real property in the U.S.

4. Other than this lawsuit, Facetasm has never sued or been sued anywhere in the U.S. and does not maintain U.S. insurance. Facetasm has never availed itself of the courts or laws of California in any way. It does not pay taxes to or receive benefits from any U.S. or state government. Facetasm has never had a bank account within the U.S. and has never had a U.S. telephone number.

/ / /

/ / /

5. Facetasm has never directed any marketing to the U.S. or California. It does not advertise in the U.S. or California. Facetasm operates an official website - facetasm.jp - which is hosted in Japan. The contents of the website are mainly photographic. One part of the website is an e-store, whereby customers can purchase garments directly from the company. However, the prices are in Japanese Yen and we do not have the ability to make foreign sales from the website. The terms and conditions of sale are in the Japanese language. Facetasm personnel have reviewed our sales records from the website. No sales were ever made to the U.S. from the website.

6. Facetasm also has a presence on social media, including Facebook, Twitter, and Instagram. It does not make sales from social media platforms. Most of our social media content is either photographic or is written in the Japanese language mixing-in English words and phrases. There has never been any effort to direct our online or social media advertising to the U.S. market or California.

7. As a fashion label, Facetasm participated in a single trade show in New York City in February 2016, which I attended. The Maryland Eagle design was not used by Facetasm at that trade show. Other than this one tradeshow in New York City, Facetasm has never participated in any fashion shows, trade shows, or similar events within the U.S.

/ / /

/ / /

8. Facetasm has never made any direct sales of its garments to U.S. customers, retailers, distributors, or wholesalers. I am aware that our international distributor, TOMORROW Ltd., wholesaled a small number of Facetasm label garments to Barney's NY in New York City. I have no reason to believe that any Maryland Eagle garments were sold to or ever displayed in California by Barneys NY or anyone else.

9. I am informed of the accusations made against Facetasm in this lawsuit. I first saw the Maryland Eagle design in a photo book I bought in Tokyo. I liked the artwork and had it traced by an embroidery company in Tokyo. The embroidery and appliques of the design were used on some of Facetasm's clothing. All of Facetasm's garments are designed, sewn, and assembled in Japan. I have no reason to believe that any Facetasm garments bearing the Maryland Eagle were ever displayed in California, marketed specifically to California residents, or sold to anyone within California.

10. It would impose a substantial burden on Facetasm to have to defend itself in California. The witnesses for Facetasm all reside and work in Japan. Most of Facetasm's witnesses do not speak English or have a limited understanding of the English language. Facetasm's communications and other records are in Japanese. Facetasm's employees have no knowledge of U.S. laws or court proceedings. It would be extremely expensive and time-consuming to have to

1  defend a lawsuit in California. Neither Facetasm nor I consent to the jurisdiction
2  of this court.
3  
4  I signed this declaration in Tokyo, Japan and certify that this declaration has
5  been translated from English to Japanese and that I understand its contents.
6  
7  I declare under penalty of perjury under the laws of the United States of
8  America that the foregoing is true and correct.
9  
10 DATE: March 9, 2018           *Hiromichi Ochiai*
                                 HIROMICHI OCHIAI

-5-
DECLARATION OF HIROMICHI OCHIAI