1  Ted Luymes (Cal. Bar no. 150351)
2  TED LUYMES LAW FIRM
   140 South Lake Ave., Suite 349
3  Pasadena, California 91101
   Tel: (626) 993-7000
4  ted@tedlawfirm.com

5  Attorney for BARNEY's INC and
6  *Specially Appearing* Defendant,
   FACETASM
7

8
                UNITED STATES DISTRICT COURT
9
                CENTRAL DISTRICT OF CALIFORNIA
10

11

12 | BRETT GRIMMELBEIN, an individual,         | Case No. 2:17-cv-07342-FMO-AFMx
13 |                                            |
14 |                Plaintiff,                  | **DECLARATION OF ANDREW CALDWELL**
15 |                                            |
16 |        v.                                  | **[Filed with Facetasm's Motion to Dismiss for Lack of Personal Jurisdiction FRCP 12(b)(2)]**
17 | FACETASM, a Japanese corporation;          |
18 | BARNEYS, INC. a New York                   |
   | corporation, and DOES 1-10, inclusive.     | Date: April 19, 2018
19 |                                            | Time: 10:00 am
20 |                Defendants.                 | Courtroom: 6D

21

22

23  I, GRACE FU, declare and state:

24  1.  I am a senior buyer for defendant, Barney's NY. I am familiar with the
25
26  complaint and the allegations against Barney's NY in this case. I am also
27  familiar with Barney's records and methods of record keeping. I oversaw the
28  collection of records pertaining to Barney's purchase and sale of Facetasm

1
DECLARATION OF ANDREW CALDWELL

garments. I have reviewed those records and have personal knowledge of the matters stated herein. If called as a witness, I could and would competently testify thereto.

2. In December 2016, Barney's NY placed an order with TOMORROW MILANO (a distributor in Italy) for a variety of Facetasm label garments. The order included eight (8) garments that bore the Maryland Eagle design that is the subject of this lawsuit. Barney's NY sold only three (3) Maryland Eagle garments in the U.S. None of the sales were in or to California. The unsold garments were returned to the vendor. Barneys NY has no record of ever buying or selling any other garments with the Maryland Eagle design.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Signed in New York City.

DATE: March 8, 2018

ANDREW CALDWELL

2
DECLARATION OF ANDREW CALDWELL